AO 442 (Rev. 11/11) Arrest Warrant

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 21 2016
ARTHUR JOHNSTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

**SEALED**

| United States of America | ) |
|---|---|
| v. | ) |
| MARCUS SHELBY | ) Case No. 3:16-cr-73 DPJ-LRA  SEALED |
| (wherever found) | ) |
| _____ | ) |
| Defendant | ) |

## ARREST WARRANT

RECV USMS D43 15SEP'16

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Marcus Shelby                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

conspiracy to possess with intent to distribute a controlled substance
possess with intent to distribute a controlled substance (aiding & abetting)

Date: 09/08/2016

/s/ R. Lowery
*Issuing officer's signature*

Arthur Johnston, Clerk

City and state: Jackson, MS

R. Lowery, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 09/08/16, and the person was arrested on *(date)* 09/19/16
at *(city and state)* Jackson, MS.

Date: 09/19/16

/s/ TGA
*Arresting officer's signature*

Timothy Andrason  DUSM
*Printed name and title*