D-1
3:16cr73-003
USA v. Mavens Shelby
Evidence

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 23 2016
ARTHUR JOHNSTON
BY _____ DEPUTY

Sep 23 16 11:02a    Knott Law

RECEIVED  09/23/2016  12:01PM
6013552600                    p.1



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 23 2016
ARTHUR JOHNSTON
BY_____ DEPUTY

**AL'S BAIL BOND COMPANY, INC.**
**1500 HWY 80 WEST**
**JACKSON, MISSISSIPPI 39204**

September 23, 2016

Honorable Linda Anderson
U.S. District Court
501 E. Court Street
Jackson, Mississippi 39201

RE:  Bonds of Marcus Shelby

Dear Judge Anderson,

Please be advised that Mr. Shelby is on bond for aggravated assault (x2), fleeing from law enforcement, and aggravated assault of a law enforcement officer. He is supervised by this office weekly and has followed each requirement of his bond before he was arrested just this past week. I can state that I do not believe that he is a flight risk from court and this company will continue to supervise him accordingly.

Sincerely yours,

Al Thomas
Al's Bail Bond Company, Inc.