UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA            PLAINTIFF

V.            CRIMINAL ACTION NO. 3:16cr73-DPJ-LRA

MARCUS SHELBY            DEFENDANT

## GOVERNMMENT'S EXHIBIT LIST

| | NUMBER (DESCRIPTION) | | SPONSOR | ID. | EVID. |
|---|---|---|---|---|---|
| 7-6-17 | G1 | Picture of front of Toyota Avalon on tow truck | Jerimiah Rayner | | X |
| 7-6-17 | G2(a) | Picture of Toyota Avalon on tow truck with Defendant getting out of same | Jerimiah Rayner | | X |
| 7-6-17 | G2(b) | Picture of the back of Toyota Avalon on tow truck | Jerimiah Rayner | | X |
| 7-6-17 | G3 | Picture of damage to front passenger side of Toyota Avalon | Stacy Jones | | X |
| 7-6-17 | G4 | Close up picture of damage to front passenger side of Toyota Avalon | Stacy Jones | | X |
| 7-6-17 | G5 | Picture of rear driver side of Toyota Avalon | Stacy Jones | | X |
| 7-6-17 | G6 | Picture of driver's side seat with gun | Stacy Jones | | X |
| 7-6-17 | G7 | Picture of gun found in Toyota Avalon | Stacy Jones | | X |
| 7-6-17 | G8 | Picture of damage to front bumper of Toyota Avalon | Stacy Jones | | X |
| 7-6-17 | G9 | Picture of damage to driver's side of Toyota Avalon | Stacy Jones | | X |
| 7-6-17 | G10 | Picture of wedding invitation found in Toyota Avalon | | | X |