

**Urgent Message Referencing Marcus L. Shelby**
Zackery Hodge
to:
jordan_chambers
07/05/2017 12:39 PM
Hide Details
From: Zackery Hodge <zackery.hodge@gmail.com>
To: jordan_chambers@mssd.uscourts.gov
History: This message has been replied to.

Good Afternoon Judge Jordan,

My name is Zackery Hodge, principal of Brown Elementary School in Jackson Mississippi. I write this email in an effort to expose the character of Marcus L. Shelby and ask that you take what I share with you into consideration as you render your decision on tomorrow in his scheduled trial.

Marcus Shelby has been an encouraging member of his family since I was a little boy. For many years he has encouraged me to remain in school and to get an education so that I could make a positive difference in our community. I did so and became the first educational administrator in my entire family. He has given so much of himself to ensure that others follow the narrow path of doing the right thing instead of doing the wrong thing; focusing energy on becoming someone independent instead of being dependent on the handouts of the generous. I have witnessed him being a positive role model to his sister, cousins, nieces, and others; spending valuable time with them and encouraging them to stay on the right path as well.

In closing, I do not know the details of the situation that he is facing; however, I do know that he is a little man that has a very big heart. Again, please take these things into consideration as you move forward with your decision on tomorrow.

Kind Regards,
Zackery D. Hodge

Dear Honorable Judge Jordan

My name is Marcus Shelby, I am an inmate in Stone County jail currantly awaiting my upcoming court date in April 12. I have a federal charge of conspiracy and I am writting you this letter in the hopes that I can shed a little light upon myself and my situation.

Allow me to begin by saying that I accept full responsibility for my actions, and I fully understand that I must be held accountable. I am not trying to avoid punishment, I am only hoping that my situation and circumstances will be considered and that the punishment given to me will be fitting and not too harsh.

Please allow me to briefly explain to you what was going on in my life at the time of my arrest. Several things have happened within the past few years that lead me down the wrong path. I lost three of my close relatives to untimely deaths. Both uncle and Aunt died from heart attacks within a week apart and my brother was burned alive a week after that in a horrible car accident. In the aftermath my best friend died two weeks after that. I didn't handle all this as I should have, I instead made the worst mistake in life and ran to the streets and getting high. I began drinking alcohol, smoke weed, and spice. I spiral downward this ultimatly lead to choices that I made that got me caught-up in the trouble I am now facing.

I would like to point out that my charge is not violent, I only hurt myself and my family. I am not a bad person in fact, I was raised by a good family and I did good up until all these things happened and I messed-up. My family began

a Logging Company that I now runs and was doing very well. I was taken CDL classes almost completed that but ended up here. Hopefully I can get back to it once Im done here. I am also a pillow to the Hinds county area. I will help anyone or anything the Good Lord put in my path to help. Grass could be growed up around the stop sign I would cut it down so you could see it limbs hanging to far down hit the top of my truck I would stand on truck and cut them back. They could Block street lights in a neighbor hood I would trim them then hall them off.

There is a lot out their that depends upon me, as well as my families business has suffered dew to my bad choice. My wife has been doing her best to run the business but the help are not doing rite by her. I also have a 14 year old daughter who has be smelling her self acting out dew to my absence 9th grade really need me now bader than any time in her life. The repairs that I usually do my dad has been doing what he can but we been spending more out than ever cause thats what I usually do. Dad cant weld nor put out to much pressure cause he's sickly. Bad hearts run in my family. I am tormented daily knowing that I have let them down.

For the past six months I have been in jail on this charge, this is my first time to ever be in jail, and I have most definatly learned this is not the enviroment for me. I have seen things that I wish I had never seen, and the negativity in here unlike anything I have experienced. I know you must have heard this a lot, but I have definatly learned my lesson. I am asking you to please consider all these things I have written in this letter when you judge me. Please see that I am not a hardened criminal and prison would not

be good for me. I'm asking you to please find it in your heart to give me anything but more of this hell hole. Anything Mr Judge Jordan I'm here cause of someone else already was in trouble and called me and planted something on me to help them out of trouble. yes I was wrong for going over their But I didn't know they was planting something in my car and I told Mr Rushing but he didnt Believe me. I am afraid of the law because ive been shot by JPD and he said I shot first but when they check into it they seen he lied so every since I've been terrified of the police. Mr Judge Jordan I am not a violent person nor a lier but when it come to the law they always seems to be rite and I thanks that's wrong because they are human and they lie. This is my First Felony in life and will be my last. The only thing makes me feel beta is that you said that you have the last word in court. The Reason my family traded Lawyer was because they said Sawford was on the News having problems with the Feds and they felt he was not doing his job to help justice be done on my behalf. I was told about a Safety Valve since I didn't have any history with the law please help me through this one Mr Jordan im 34 yust got married in Nov 2015 missed my 1year Anw Been with my wife 11years first time ever being away from her and my family But my dad told me that the devil was gone come cause I was doing what the good Lord wanted me to do. I attend church every sunday before I came here and have been keeping my faith cause I know that the Lord shows Favor to those that love him and I really do. I have Faith that all things are working for my

good. I signed a proffee but everything that I told Rushing he used it against me they are not treating me fair they are clogging me cause they can PLEASE help me out Mr. Judge Jordan PLEASE. I want to sincerely thank you for taking your time to read this letter. Also, thank you for being in your court and for all consideration you can give me in this matter.
    HAVE A Blessed DAy

                    Respectfully Submitted
                        Marcus L Shuly

Dear Judge Jordan

Hey How you doing? Well MR. Jordan I wrote you this letter to talk to you about my father Marcus Shelby. I Truely miss Him and want Him to come Home. He been missing alot while He been locked up in that pin hole for example my Birthday. My daddy Been in my life for 14 years and I don't want Him to stop now. I understand He did something wrong But He so sorry. Please please please let Him go. I Been threw crying and depression. I cry myself to sleep all the time. I Just want my daddy Back. I will do anything in this world to have Him Back. Just please think about the decision you make Before you give it to Him. Its Been 6 months now. I need my Daddy in my life He's like my Bestfriend. while He's been gone who was there to tell me about these Boys. I Love Him so much. Tell Him I said keep His Head High He will Be Home soon.

Sincerely, Semiya Shelby

March 1, 2017

Judge Daniel P. Jordan III
501 East Court St. Suite 5.750
Jackson, Ms. 39201

Dear Judge Jordan,

I would like to speak on behalf of Marcus Shelby. Mark is my Nephew by marriage. He is such a kind person and a hard worker. Mark is a business man whom owns his own trucking company. Mark is the kind of person that will give you his last. He is a role model for our young men. He has been there for my son whom is now a young adult. I remember when my husband and I were helping my son get a car, because he was in college and working. My son was short on his full payment, Mark assisted him in purchasing and has never asked him to repay him.

I also remember times we would be working in the yard and he would call and ask if we needed any lunch and of course, we would say no. Moments later he would be pulling up dropping lunch off. He's always generous for birthdays and he's really just a family guy. He adores his spouse, daughter, mom, dad, granddad, siblings and anyone that he develops a relationship with. I could remember his grand dad really being down and sick. He would drive all the way to Edwards daily just to shower him, feed him and also take him for walks to help him exercise and regain his strength. He would make sure they had what they needed.

I said all this to say, you would never find a better, kind hearted person than my nephew, Marcus Shelby.

Respectfully,

Antonia R. Brown

*Antonia Brown*

March 28, 2017

Honorable Judge Daniel P. Jordan III
501 East Court Street, Suite 5750
Jackson, Ms. 39201


RE: Marcus Shelby


      My name is Jennifer Simmons, an interventionist at Information and Quality Healthcare in Ridgeland Ms. I have been a friend of Marcus Shelby for many years. He is the nephew to my sister by marriage. Marcus and I met about 10 years ago, but lost contact when I got married and moved. I reunited with Marcus at my brother in law's funeral in which was his uncle on March 14, 2015. I briefly spoke with him concerning my separation and he assured me that even though he was getting married later that year that he would do as much as he could to help me as well as my three children. He did just that. Marcus helped me move from Brandon to Clinton where I have two sisters so that I could have family to help me with my children due to the cost of daycare. Judge, Marcus is the type of person that wants to help even if it puts him in a bind. He would give his last. I would like to give an example of exactly the type of person he is. After coming home from work, I would notice him in the yard cutting the grass and trimming bushes. I didn't even have to call and ask. I would offer him money... he would say" put it on the kids". He would even show my twelve year old son how to cut and how to help me and to be the man of the house. There was one more thing that I noticed time to time. Not only did he cut my grass, he would often cut a portion of my neighbor's yard who is a member of Law enforcement (Mr. Demeatrice Hayes). He never once asked him to cut it. Marcus, just did it out of the kindness of his heart.

      Secondly, when describing Marcus character I know that he is a family man and it is breaking him down not being able to help with his disabled father and grandfather. I know that they really look forward to his support and care. I went down to check on his father and grandfather a few weeks ago and things are just not the same. I remember when his grandfather was going to be sent to a nursing home in 2015, Marcus had a disabled addition added on to his father's home so that he could help see after him. I can remember him taking him baths daily, walking him around, buying groceries, all to make sure he got his health back up. Hearing about all of that really touched my heart because now a days, young folk don't have time for the elderly.

      Lastly, Judge Jordan, Marcus certainly understands that he has done wrong and expresses regret at his actions. I believe that an extended prison term will serve as a tremendous hardship for his wife, daughter, father, who will bear the responsibility of trying to repay the cost of court

and other debt. I pray that when it comes to sentencing Marcus Shelby that you take in to consideration that even though this has happened that to remember that his character shows that he is well mannered and his ability to help others in need.

Thank you all in advance for your help and support to Marcus Shelby in this important time.


Respectfully yours,

Jennifer Simmons

Dear Judge Jordan,

My name is Mikhail and I'm 12 years old. Mr Mark is a wonderful person that I miss so much. I remember when my mom couldn't afford to buy me a bike, he told me, If I keep my grades up, he would and he did. It made me feel like xmas. He always taught me to respect my mom and to do right. I have a lot of respect for him because by my dad not being in my life, I look at him like a father. Sometimes I want to cry because when I ask my mom why Mr Mark wasn't coming around any more and she told me that he made a few bad choices and that it may be a while before I can see him. Judge please send Mr Mark home, I really miss him. Sometimes it feels like he's all I have. I know I have my mom, but It's different with him.

Sincerely
Mikhail Felton

Saturday, April 1, 2017

(Marcus Shelby Court Date April 12, 2017) Stone County Regional Facility

Dear Judge Jordan,

    My name is Benard Lindsey, the father of Marcus Shelby. I want to take a moment of your time to talk about the type of person my son is. My son has really been there for not just me, but for many (young and old, white or black). I want you to know that Marcus has a heart that would never intentionally harm anyone. I've watched him over the years. He's a lot like myself. He will go above and beyond to get things done, not just for his family, but even for a stranger. I'm asking that you please give Marcus a light sentence that we all can bare. I miss him so much. I miss the fact that he is my only child that made sure I was able and well after a heart attack, a broken pelvis, a broken ankle and several surgeries regarding my health. He goes the extra mile to make sure that me and my father eat and makes sure we get to all of our doctor's appointments. I am praying so hard for his return so that he can come home. I know that with all of my health conditions, it's not promised to me, although I have faith. I'm currently taking care of my also disabled father who has had several heart attacks and a recent stroke. I remember the days when Marcus would come down to help both of us. Just seeing him pull up gave me so much hope for better days.

    Judge, sometimes I sit and think why the Lord does something's to our men that truly Love Him and speak His word. I know that some men as well as my son are put to the test; meaning, I remember when I lost Marcus brother in December 2014 to a car accident, he burned alive. We lost my sister and brother all in the same month due to heart complications in March of 2015. Marcus also lost his best friend February 2015. I prayed so hard for Marcus because he/we lost 4 close family members within 3 months. I even told him "son, I know you're going through a lot and you're doing everything right, I told him to be careful because with all of what was going on the devil can step in and make you do something's without thinking twice". Marcus has had many things to happen in his life, he is far from perfect, but I know that this has taught him a lesson. He's never spent days in jail and I've heard him say that he will never get himself in this trouble again. I know that he want because he is destined to help others. I listen to him trying to tell other inmates about the Lord and they seem to really look the other way.

    Judge Jordan, please give my son another chance to get himself back on the right track so that he can make a positive example of our men. Please allow him to show you the person that he truly is despite of what his file may say. I listen to his cries every night about how different and hateful the guys are in jail. I have to remind him that he's a good guy and just because he's in there with so many to continue to pray. He's not violent at all, but I have to say I did remind him to stand up for his self because guys that have no heart will harm you and would not have a conscious about it. Judge, I hope you really find in your heart to give my son another chance. I know you hear this a lot, but I know my son. He wants to be home to provide and help others in need. He's a man with a big heart. I apologize for any harm that he has caused the system. That was truly out of his character. Thanks for taking the time to read my letter.

Sincerely,
Benard Lindsey

To Whom It May Concern,

I am writing this letter on behalf of Mr. Marcus Shelby in the hopes that I may be able to give some insight upon his character and actions in his present situation. Marcus is the first person I have ever met in the system who has made me feel compelled to speak out for and do what I can to give testimony to his goodness and virtue as I am able to see it on a daily basis.

I have been in and out of the prison system for nearly eight years of my life. Durring that time I have met many men from differing backgrounds and situations, each with their own story to tell, and each with their own ways of handeling their own particular situation. It has become easy for me to see through to the real person underneath the stories and facades they put up. It is sad to say that nearly everyone I have met behind bars is very much right where they should be. However, Marcus has shown to be the exception. I have only known him for two months now, and he has already gained my respect, my trust, and my gratitude. Marcus is a model inmate, and a model man. Each and every day he studies the word of God, and not only does he study it, he leads by example as well.

He does not engage in any negative activities or talk. He is always there to help lift up someone else's spirits when they are down or need someone to talk to. I have never met anyone in here who is as generous and willing to help others as he is. On several occasions he has helped me with encouraging words when I needed it. He is willing to spend his own money to help me talk to my own wife when she is unable to put funds on her phone account. His generousity is spread to anyone who is in need, he just recently helped an 18 year old young man to get back home to his family. That young man was not able to bond out because his family could not afford it, so Marcus paid the bond for him and expects nothing in return.

    It is not my intention to focus on the good deeds I have witnessed Marcus do in here, I am only trying to show how rare his actions are in a place such as this, and why it is obvious that a person with such a kind heart does not benefit from this negative environment. A place like prison would be the worst thing for a man such as this. Prison, as I have seen, does not make a person better, it worsens them, and genuinly nice guys do not make it. To see someone such as Marcus be sent to prison would be a travisty of the judicial system.

Marcus has spent many hours talking with me about his life and the things he has done. He takes full responsibility for his actions and understands that for all of that there must be consequences. He has never been in trouble before this, and now he is able to see that this lifestyle is not something he wants to be a part of. He is also a man with a family whom he loves very much and who love him, he is able to see clearly now that nothing is worth being separated from them. His mistake is known, but I feel that his accomplishments in life should be known, as well. He is a successfull business owner, a productive family man, and a morally upright person who just made some mistakes, as we all do.

 I know that this letter may not mean much coming from a guy such as myself, but it is from the heart, and it is the truth. I hope and pray that when you judge Mr. Shelby's case, you will look deeper than just the crime and see the man for who he really is. He really is a good man, and I am honored and blessed to call him my friend. Thank you for your time taken out to read this letter. Have a blessed day.

Sincerelly,
Matthew Yost
